October 19, 1966

## Allied Paint Manufacturing Company, Inc. v. Lansdale Finishers, Inc., Appellant.

Argued September 12, 1966. *Edward Fackenthal,* with him *Knox Henderson, Fred B. Creamer,* and *Henderson, Wetherill & O'Hey,* for appellant; *Leonard F. Markel,* with him *Kingsley A. Jarvis* and *Joseph X. Yaffe,* for appellee.

Order affirmed.

## Coleman, Appellant, v. Coleman.

Argued September 12, 1966. *John F. Solomon, Jr.,* with him *William L. O'Hey, Jr.,* and *Henderson, Wetherill & O'Hey,* for appellant; *Leonard F. Markel,* with him *Kingsley A. Jarvis* and *Raymond J. Broderick,* for appellee.

Order affirmed.